

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CASEY JAMES PERKINS a/k/a JIMMY PERKINS, | § | No. 08-19-00068-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | 120th District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20180D01802) |
| State. | § | |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **April 27, 2020**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Heather H. Hall, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 27, 2020.

IT IS SO ORDERED this 7th day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.